UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRENE GRIFFIN and SAMUEL GRIFFIN,   ) Case No.:
)
        Plaintiffs,   )
)
vs.   )
)
SPECIALIZED LOAN SERVICING, LLC,   )
)
        Defendant.   )
)
_____   )

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT BASED ON FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. §§ 1331 AND 1441**

Defendant Specialized Loan Servicing, LLC ("SLS" or "Defendant") hereby files this Notice of Removal, pursuant to 28 U.S.C. 28, and removes to the United States District Court for the Southern District of Florida, the cause of action currently pending in the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, styled *Irene Griffin and Samuel Griffin v. Specialized Loan Servicing, LLC*, Case No. COCE-20-038260, on the following grounds:

**Memorandum of Law**

1. This Notice of Removal is founded and based upon a federal question pursuant to 28 U.S.C. §§ 1331 and 1441. Plaintiffs, Irene Griffin and Samuel Griffin ("Plaintiffs"), originally filed this civil action on or about December 22, 2020, in the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. Plaintiffs are seeking monetary damages from the Defendant. As required by 28 U.S.C. § 1446(a), a copy of the process, pleadings, orders and other documents presently contained in the state court file and available for copying are attached to this Notice as **Exhibit 1**.

2. SLS is the sole Defendant named in this action.

3. Defendant was served on December 30, 2020. Accordingly, this Notice of Removal is timely filed within thirty (30) days of the date of service pursuant to 28 U.S.C. § 1446(b).

4. Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state-court action is pending.

5. Plaintiffs' alleged claim in the State Court Action arises pursuant to federal law, i.e., the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1682, et. seq., *See* Compl. Thus, this action states a basis for original subject matter jurisdiction under 28 U.S.C. § 1331 and 47 U.S.C. § 227, and therefore this removal is made pursuant to 28 U.S.C. § 1441(a).

6. The remaining count of the Complaint, which is based on the Florida Consumer Collection Practices Act ("FCCPA"), relates to the same set of facts as the federal claim, and therefore this Court has supplemental jurisdiction over the same in accordance with 28 U.S.C. §§ 1367(a) and/or 1441(c). *See generally* Compl.

7. Plaintiffs' Complaint is removable to the United States District Court for the Southern District of Florida because the Complaint presents a federal question. Specifically, 28 U.S.C. § 1331 provides that "district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331. Plaintiffs' claims provide the basis for this Court's jurisdiction as they have brought suit under the laws of the United States. Accordingly, SLS is entitled to remove this action in accordance with 28 U.S.C. § 1441(a).

8. Written notice of the filing of this Notice of Removal is being served on Plaintiffs, and a copy of this Notice of Removal is being filed with the Clerk of the County Court for the

Seventeenth Judicial Circuit, in and for Broward County, Florida, in compliance with 28 U.S.C. 1446(d).

WHEREFORE, Specialized Loan Servicing, LLC, requests that the above-styled action now pending against them in the County Court in and for Broward County, Florida, be removed to this Court.

Dated: January 19, 2021

Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Wesley Ridout*
Carter Burgess, Esq.
Florida Bar No. 58298
Wesley Ridout, Esq.
Florida Bar No. 084609
50 North Laura Street, Suite 3900
Jacksonville, Florida  32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872

**Attorney for Defendant**
**Specialized Loan Servicing, LLC**

#81528333_v1

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of January, 2021, the foregoing document was served via the Court's CM/ECF system and via email to:

Shera Erskine Anderson, Esq.
20801 Biscayne Blvd., #403
Miami, FL 33180
Shera_Anderson@outlook.com

***Attorney for Plaintiffs***

                                          */s/ Wesley Ridout*
                                          Attorney

#81528333_v1